**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00400-CV

**ROY MATA AND GILBERT E. GARCIA, Appellants**

**V.**

**WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1008365**

## MEMORANDUM OPINION

This appeal is from a summary judgment signed April 12, 2012. Appellants filed a timely motion for new trial. The record in this appeal was due August 10, 2012. *See* Tex. R. App. P. 35.1(a). A partial clerk's record relating to appellants' claims of indigence was

filed July 9, 2012, but a complete clerk's record has not been filed because the clerk responsible for preparing the record informed the court that appellants did not make arrangements to pay for the record. Appellants' appeal from the order sustaining the contest to their claim of indigence was dismissed as untimely on August 28, 2012. Accordingly, appellants are not entitled to proceed without the advance payment of costs in this appeal. *See* Tex. R. App. P. 20.1(k).

On August 28, 2012, this court ordered appellants to pay for preparation of the complete clerk's record containing the documents listed in Texas Rule of Appellate Procedure 34.5(a), and provide proof of payment for the complete clerk's record. In addition, the court ordered appellants to pay the appellate filing fee in the amount of $175.00. *See* Tex. R. App. P. 5. The order notified appellants of the court's intention to dismiss the appeal unless appellants complied with the order. *See* Tex. R. App. P. 42.3(c). Appellants have not paid the appellate filing fee, provided this court with proof of payment for the record, or responded to this court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.